ORIGINAL

U.S. DISTRICT COURT
FILED
FEB -2 1999
NANCY DOHERTY, CLERK
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATALIE F. HIMES § | |
| § | |
| VS. § | ACTION NO. 4:98-CV-923-Y |
| § | |
| DALLAS/FORT WORTH MEDICAL § | |
| CENTER-GRAND PRAIRIE, ET AL. § | |

## ORDER OF PARTIAL DISMISSAL AND
## RENDERING MOTION TO DISMISS/FOR SUMMARY JUDGMENT MOOT

Pending before the Court is the Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, which was filed in this cause on December 17, 1998 by defendants DFW HealthPlus, L.L.C. and HealthPlus Corporation ("HealthPlus"). In an order filed on January 11, 1999, the Court construed HealthPlus's motion as one for summary judgment. On January 22, HealthPlus submitted an affidavit in support of its motion, as permitted by the Court's January 11 order. On February 1, Plaintiff filed a Notice of Withdrawal of Successor Liability Claims Against HealthPlus. As a result of Plaintiff's Notice, the Court finds that Plaintiff's claims against HealthPlus should be dismissed without prejudice to their refiling. Consequently, HealthPlus's motion should be rendered moot.

It is, therefore, ORDERED that Plaintiff's claims against defendants HealthPlus L.L.C. and HealthPlus Corporation are hereby DISMISSED WITHOUT PREJUDICE to the refiling of same.

It is further ORDERED that HealthPlus's December 17, 1998 Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of

Civil Procedure [document number 8-1], which motion has been construed as one for summary judgment, is hereby RENDERED MOOT.

SO ORDERED.

SIGNED February __2__, 1999.

```
                              _____
                              TERRY R. MEANS
                              UNITED STATES DISTRICT JUDGE
```