IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NATALIE F. HIMES | § | |
| | § | |
| VS. | § | ACTION NO. 4:98-CV-923-Y |
| | § | |
| DALLAS/FORT WORTH MEDICAL | § | |
| CENTER--GRAND PRAIRIE, ET AL. | § | |

## RULE 54(B) FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 54(b),

It is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff's claims against defendants DFW HealthPlus, L.L.C. and HealthPlus Corporation are hereby DISMISSED WITHOUT PREJUDICE to their refiling. All costs of court under 28 U.S.C. § 1920 regarding these claims shall be borne by Plaintiff.

SO ORDERED.

SIGNED May 25, 1999.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

RULE 54(B) FINAL JUDGMENT - Page Solo
chr - himes.jdg

